NAUFUL CORPORATION, Appellant, *v.* F. G. ADAMS COMPANY, INC., Respondent.

Submitted April 5, 1943; decided April 15, 1943.

*Milton S. Gould, Isidore A. Seltzer* and *Alvin J. Bernstein* for motion.

*Hyman Herman* opposed.

Motion dismissed, with ten dollars costs and necessary printing disbursements, on the ground that the Court of Appeals is without power to grant leave.